IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LABORERS' WELFARE FUND OF THE )
HEALTH AND WELFARE DEPARTMENT )
OF THE CONSTRUCTION AND GENERAL )
LABORERS' DISTRICT COUNCIL OF )
CHICAGO AND VICINITY, and JAMES S. )
JORGENSEN, Administrator of the Fund, )
               Plaintiffs, )     Case No. 15-cv-1523
   v. )
                        )
RICHARD WOLF and RACHEL WOLF, )
              Defendants. )

## COMPLAINT

Plaintiffs, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Fund, (hereinafter collectively "Fund") by their attorneys, Patrick T. Wallace, Jerrod Olszewski, Christina Krivanek, Amy N. Carollo, John Hamada, and Elizabeth Haley Douglass, for their Complaint against Defendants Richard Wolf and Rachel Wolf, state:

## JURISDICTION

1. Jurisdiction is based on Sections 502(a)(3)(B), 502(e), and 502(g) of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§1132 (a)(3)(B), (e), (g), 28 U.S.C. § 1367, and federal common law.

## VENUE

2. Venue is proper pursuant to Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), and 28 U.S.C. §1391 (a) and (b).

1

## PARTIES

3. Fund is and at all times relevant was a multiemployer employee welfare benefit plan within the meaning of 29 U.S.C. §1002(1). Fund has offices, conducts business, and is administered within this District.

4. Plaintiff James S. Jorgensen is the Administrator of the Fund, and has been duly authorized by Fund's Trustees to act on behalf of Fund in the collection of all amounts owed to Fund. With respect to such matter, James S. Jorgensen is a fiduciary of the Fund within the meaning of 29 U.S.C. §1002(21)(A).

5. Defendant Richard Wolf resides in Morris, Illinois, which is located within this District.

6. Defendant Rachel Wolf is the spouse of Richard Wolf and resides in Morris, Illinois, which is located within this District.

7. Defendant Richard Wolf was a Fund participant and Defendant Rachel Wolf was a Fund dependent.

## COUNT I

### (EQUITABLE RELIEF)

8. During all times relevant, the Fund administered a Plan (a true and accurate copy of the most recent Summary Plan Description summarizing the Plan is attached hereto as Exhibit A) that provided for dental benefits through Delta Dental of Illinois (hereinafter "Delta Dental"). See Exhibit A, p. 33-34.

9. For participants and dependents of the Fund, claims for services provided by dental services providers within Delta Dental's PPO Network are submitted by the dental service provider to Delta Dental, who processes and pays the claim. Delta Dental then submits a bill to

2

the Fund for the amount it paid out on the claims. The Fund, in turn, pays Delta Dental for the claim.

10.     Dental claims for providers that are outside of Delta Dental's PPO Network are paid out of pocket by the participant or dependent. The participant or dependent is reimbursed in the eligible amount by Delta Dental. Delta Dental bills the Fund for the amount paid to the participant or dependent on the out of network claim. The Fund, in turn, pays Delta Dental for the out of network claim.

11.     Delta Dental requires that claims be submitted by dental service providers on a specific form titled "American Dental Association Dental Claim Form" (hereinafter "Dental Claim Form"). A true and accurate copy of a blank Dental Claim Form is attached hereto as Exhibit B.

12.     The American Dental Association Dental Claim Form is available online in a fillable PDF format.

13.     The American Dental Association Dental Claim Form is necessary for the administration of the Fund because it effectively coordinates benefits between the dental service provider, Delta Dental, and the Fund to make sure that the Fund does not pay a benefit unless the participant or dependent is entitled to it.

14.     Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 26, 2013, for services allegedly rendered to

3

Richard Wolf, by Dr. Terry "Dingraum[1]," on September 20, 2013, in the amount of $1,580.00. A true and accurate copy of the September 26, 2013 claim form is attached hereto as Exhibit C.

15. As a result of the September 26, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $889.60 to Richard Wolf on November 6, 2013. A true and accurate copy of the check issued on November 6, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit D.

16. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated April 12, 2013, for services allegedly rendered to Richard Wolf, by Dr. Terry "Dingraum," on April 12, 2013, April 19, 2013, and May 2, 2013, in the amount of $3,760.00. A true and accurate copy of the April 12, 2013 claim form is attached hereto as Exhibit E.

17. As a result of the April 12, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $1,043.00 to Richard Wolf on October 2, 2013. A true and accurate copy of the check issued on October 2, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit F.

18. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated December 13, 2012, for services allegedly rendered to Richard Wolf, by Dr. Robert Bosack, on December 13, 2012, in the amount of $228.00. A true and accurate copy of the December 13, 2012 claim form is attached hereto as Exhibit G.

---

[1] On many of the Delta Claim Forms submitted by Richard Wolf and Rachel Wolf, Dr. Terry Dingbaum, of Exceptional Dental Care, located at 1010 W. US Route 6, in Morris, Illinois, is incorrectly spelled as Dr. Terry "Dingraum." The Dental Claim Forms that contain the misspelling of Dr. Terry Dingbaum's name to Dr. Terry "Dingraum" are noted accordingly.

19. As a result of the December 13, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $221.10 to Richard Wolf on October 2, 2013. A true and accurate copy of the check issued on October 2, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit H.

20. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated November 8, 2012, for services allegedly rendered to Richard Wolf, by Dr. Robert Bosack, on November 8, 2012, in the amount of $3,025.00. A true and accurate copy of the November 8, 2012 claim form is attached hereto as Exhibit I.

21. As a result of the November 8, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $1,778.90 to Richard Wolf on May 29, 2013. A true and accurate copy of the check issued on May 29, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit J.

22. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 19, 2012, for services allegedly rendered to Richard Wolf, by a dental practitioner in Mexico, on October 6, 2011, October 10, 2011 and December 12, 2011, in the amount of $2,730.00. A true and accurate copy of the September 19, 2012 Claims Inquiry Statement is attached hereto as Exhibit K.

23. As a result of the September 19, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $1,971.00 to Richard Wolf on September 26, 2012. A true and accurate copy of the check issued on September 26, 2012 and the corresponding Explanation of Benefits is attached hereto as Exhibit L.

24. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated October 22, 2013, for services allegedly rendered to Rachel

Wolf, by Dr. Terry "Dingraum," on October 22, 2013, in the amount of $200.00. A true and accurate copy of the October 22, 2013 claim form is attached hereto as Exhibit M.

25.     As a result of the October 22, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $184.00 to Richard Wolf on November 6, 2013. A true and accurate copy of the check issued on November 6, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit N.

26.     Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated October 16, 2013, for services allegedly rendered to Rachel Wolf, by Dr. Terry "Dingraum," on September 25, 2013 and October 16, 2013, in the amount of $3,220.00. A true and accurate copy of the October 16, 2013 claim form is attached hereto as Exhibit O.

27.     As a result of the October 16, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $1,491.60 to Richard Wolf on November 6, 2013. A true and accurate copy of the check issued on November 6, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit P.

28.     Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated December 6, 2012, for services allegedly rendered to Rachel Wolf, by Dr. Robert Bosack, on December 6, 2012, in the amount of $118.00. A true and accurate copy of the December 6, 2012 claim form is attached hereto as Exhibit Q.

29.     As a result of the December 6, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $25.10 to Richard Wolf on October 2, 2013. A true and accurate copy of the check issued on October 2, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit R.

30.    Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated November 27, 2012, for services allegedly rendered to Rachel Wolf, by Dr. Robert Bosack, on November 27, 2012, in the amount of $2,860.00. A true and accurate copy of the November 27, 2012 claim form is attached hereto as Exhibit S.

31.    As a result of the November 27, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $1,633.40 to Richard Wolf on May 29, 2013. A true and accurate copy of the check issued on May 29, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit T.

32.    Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 19, 2012, for services allegedly rendered to Rachel Wolf, by a dental provider in Mexico, on December 12, 2011, in the amount of $1,100.00. A true and accurate copy of the September 19, 2012 Claims Inquiry Statement is attached hereto as Exhibit U.

33.    As a result of the September 19, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $710.00 to Richard Wolf on September 26, 2012. A true and accurate copy of the check issued on September 26, 2012 and the corresponding Explanation of Benefits is attached hereto as Exhibit V.

34.    Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 19, 2012, for services allegedly rendered to Rachel Wolf, by a dental provider in Mexico, on October 6, 2011 and October 10, 2011, in the amount of $1,770.00. A true and accurate copy of the September 19, 2012 Claims Inquiry Statement is attached hereto as Exhibit W.

35. As a result of the September 19, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $1,290.00 to Richard Wolf on September 26, 2012. A true and accurate copy of the check issued on September 26, 2012 and the corresponding Explanation of Benefits is attached hereto as Exhibit X.

36. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated October 18, 2013, for services allegedly rendered to Abby Wolf, daughter of Richard Wolf and Rachel Wolf, by Dr. Terry "Dingraum," on October 16, 2013 and October 18, 2013 in the amount of $688.00. A true and accurate copy of the October 18, 2013 claim form is attached hereto as Exhibit Y.

37. As a result of the October 18, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $402.20 to Richard Wolf on November 6, 2013. A true and accurate copy of the check issued on November 6, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit Z.

38. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated June 6, 2013, for services allegedly rendered to Abby Wolf, by Dr. Terry "Dingraum," on December 20, 2012, January 3, 2013 and June 6, 2013 in the amount of $1,846.00. A true and accurate copy of the June 6, 2013 claim form is attached hereto as Exhibit AA.

39. As a result of the June 6, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $966.80 to Richard Wolf on October 3, 2013. A true and accurate copy of the check issued on October 3, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit BB.

40. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated December 28, 2012, for services allegedly rendered to Abby Wolf, by Dr. Terry Dingbaum, on October 25, 2012 and December 28, 2012, in the amount of $293.00. A true and accurate copy of the December 28, 2012 claim form is attached hereto as Exhibit CC.

41. As a result of the December 28, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $207.00 to Richard Wolf on May 22, 2013. A true and accurate copy of the check issued on May 22, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit DD.

42. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 21, 2012, for services allegedly rendered to Abby Wolf, by Dr. Terry Dingbaum, on September 6, 2012 and September 21, 2012, in the amount of $1,626.00. A true and accurate copy of the September 21, 2012 claim form is attached hereto as Exhibit EE.

43. As a result of the September 21, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $684.60 to Richard Wolf on May 29, 2013. A true and accurate copy of the check issued on May 29, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit FF.

44. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 26, 2013, for services allegedly rendered to Edward Wolf, son of Richard Wolf and Rachel Wolf, by Dr. Terry "Dingraum," on September 20, 2013 and September 26, 2013, in the amount of $1,230.00. A true and accurate copy of the September 26, 2013 claim form is attached hereto as Exhibit GG.

9

45. As a result of the September 26, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $614.90 to Richard Wolf on November 6, 2013. A true and accurate copy of the check issued on November 6, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit HH.

46. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated June 3, 2013, for services allegedly rendered to Edward Wolf, by Dr. Terry "Dingraum," on December 20, 2012, January 3, 2013, January 9, 2013, and June 6, 2013, in the amount of $1,731.00. A true and accurate copy of the June 3, 2013 claim form is attached hereto as Exhibit II.

47. As a result of the June 3, 2013 Dental Claim Form, Delta Dental issued payment in the amount of $532.70 to Richard Wolf on October 2, 2013. A true and accurate copy of the check issued on October 2, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit JJ.

48. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated November 15, 2012, for services allegedly rendered to Edward Wolf, by Dr. Terry Dingbaum, on November 15, 2012, in the amount of $135.00. A true and accurate copy of the November 15, 2012 claim form is attached hereto as Exhibit KK.

49. As a result of the November 15, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $125.00 to Richard Wolf on May 22, 2013. A true and accurate copy of the check issued on May 22, 2013 and the corresponding Explanation of Benefits is attached hereto as Exhibit LL.

50. Richard Wolf and Rachel Wolf completed and submitted to Delta Dental of Illinois a Dental Claim Form, dated September 21, 2012, for services allegedly rendered to

10

Edward Wolf, by Dr. Terry Dingbaum, on September 6, 2012 and September 21, 2012, in the amount of $1,389.00. A true and accurate copy of the September 21, 2012 claim form is attached hereto as Exhibit MM.

51. As a result of the September 21, 2012 Dental Claim Form, Delta Dental issued payment in the amount of $535.00 to Richard Wolf, on May 29, 2013. A true and accurate copy of the check issued on May 29, 2013 and the corresponding explanation of benefits is attached hereto as Exhibit NN.

52. On or around November 21, 2013, Delta Dental learned that Dr. Terry Dingbaum had never seen Richard Wolf as a patient, nor submitted any Dental Claim Forms on his behalf. A true and accurate copy of the letter from Exceptional Dental Care, Terry Dingbaum, D.D.S., F.A.G.D., regarding the claims made on behalf of Richard Wolf, Rachel Wolf, Abby Wolf and Edward Wolf is attached hereto as Exhibit OO.

53. On or around November 21, 2013, Delta Dental learned that Dr. Terry Dingbaum provided dental services to Rachel Wolf on April 24, 2012 and May 7, 2012, but did not provide dental services to Rachel Wolf on September 25, 2013, October 16, 2013 or October 22, 2013. See Exhibit OO.

54. On or around November 21, 2013, Delta Dental learned that Dr. Terry Dingbaum provided dental services to Abby Wolf on April 24, 2012, but did not provide dental services to Abby Wolf on September 6, 2012, September 21, 2012, October 25, 2012, December 20, 2012, December 28, 2012, January 3, 2013, June 6, 2013, October 16, 2013 or October 18, 2013. See Exhibit OO.

55. On or around November 21, 2013, Delta Dental learned that Dr. Terry Dingbaum provided dental services to Edward Wolf on May 2, 2012, but did not provide dental services to

11

Edward Wolf on September 6, 2012, September 21, 2012, November 15, 2012, December 20, 2012, January 3, 2013, January 9, 2013, June 9, 2013, September 20, 2013 or September 26, 2013. See Exhibit OO.

56. Delta Dental was informed by the office of Dr. Robert Bosack that Dr. Robert Bosack never provided dental or oral surgery services to either Richard Wolf or Rachel Wolf. The office of Dr. Robert Bosack had no record or history of either Richard Wolf or Rachel Wolf ever being patients of Dr. Robert Bosack.

57. After being informed by Dr. Robert Bosack and Dr. Terry Dingbaum of the information provided in Paragraphs 52 through 56, Delta Dental examined all claims made by Ricahrd Wolf and Rachel Wolf and determined the claims made for dental services allegedly provided in Mexico, identified in the foregoing Paragraphs 22, 32, and 34, were also for services never rendered to either Richard Wolf or Rachel Wolf.

58. Based upon the representations contained in the Dental Claim Forms submitted by Richard Wolf and Rachel Wolf identified in the foregoing Paragraphs 14 through 51, Delta Dental relied on those representations and unnecessarily paid $15,336.40 in dental benefits on behalf of Richard Wolf, Rachel Wolf, Abby Wolf, and Edward Wolf. Based upon the foregoing representations, the Fund unnecessarily reimbursed Delta Dental in the amount of $15,336.40.

59. After Delta Dental learned that the Dental Claim Forms, identified in the foregoing Paragraphs 14 through 51, were for services not provided, Delta Dental made numerous demands on Richard Wolf and Rachel Wolf to reimburse Delta Dental and the Fund the amount they unnecessarily expended.

60. After making numerous demands for reimbursement to Richard Wolf and Rachel Wolf, Delta Dental turned the matter over to Counsel for the Fund for further action.

12

61. The Defendants' actions in inaccurately completing Exhibits C through NN and submitting them to the Delta Dental caused the Fund to rely on the inaccurate information and unnecessarily expend $15,336.40 in dental benefits on behalf of Richard Wolf, Rachel Wolf, Abby Wolf and Edward Wolf.

62. Pursuant to Section 502(a)(3)(B) of ERISA, as amended, 29 U.S.C. §§1132 (a)(3)(B), Fund seeks equitable relief in the form of reimbursement from Defendants Richard Wolf and Rachel Wolf in the amount of $15,336.40, and reasonable attorney fees and costs pursuant to 29 U.S.C. §§1132(g)(1).

WHEREFORE, Plaintiffs respectfully request this Court enter a judgment against Defendants, joint and severally, as follows:

a. for $15,336.40 in reimbursement for medical benefits paid on behalf of Richard Wolf, Rachel Wolf, Abby Wolf and Edward Wolf;

b. Plaintiffs' attorneys fees and costs; and

c. awarding Plaintiffs any further equitable relief as the Court deems appropriate.

## COUNT II

### (FRAUD)

63. Plaintiffs reallege paragraphs 1 through 62 of Count I as though fully set forth herein.

64. Defendant Richard Wolf knowingly and intentionally submitted false Dental Claim Forms, identified as Exhibits C through NN, to the Fund during the time period of September 19, 2012 through October 22, 2013 in order to receive payment from Delta Dental for dental services that were never rendered.

13

65.     Defendant Richard Wolf knowingly made the false statements of material fact contained in the Dental Claim Forms, identified as Exhibits C through NN, for the period of September 19, 2012 through October 22, 2013, intending for Delta Dental and the Fund to rely on these falsified documents in providing payments for dental services that were never rendered.

66.     Delta Dental and the Fund reasonably relied on the September 19, 2012 through October 22, 2013 Dental Claim Forms submitted by Defendant Richard Wolf, Exhibits C through NN, to provide payment for dental benefits to Richard Wolf, Rachel Wolf, Abby Wolf, and Edward Wolf.

67.     As a result of the Fund's reliance on the above-described fraudulent documents, the Fund paid to its detriment $15,336.40 to Richard Wolf.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant Richard Wolf, as follows:

a.      for $15,336.40 in reimbursement for fraudulently obtained payment for dental benefits for dental services never performed on behalf of Richard Wolf, Rachel Wolf, Abby Wolf and Edward Wolf;

b.      Plaintiffs' attorneys fees and costs; and

c.      awarding Plaintiffs any further equitable relief as the Court deems appropriate.

## COUNT III

### (FRAUD)

68.     Plaintiffs reallege paragraphs 1 through 62 of Count I as though fully set forth herein.

69.     Defendant Rachel Wolf knowingly and intentionally submitted false Dental Claim Forms, identified as Exhibits C through NN, to the Fund during the time period of September 19,

14

2012 through October 22, 2013 in order to received payment from Delta Dental for dental services that were never rendered.

70.     Defendant Rachel Wolf knowingly made the false statements of material fact contained in the Dental Claim Forms, identified as Exhibits C through NN, for the period of September 19, 2012 through October 22, 2013, intending for Delta Dental and the Fund to rely on these falsified documents in providing payments for dental services that were never rendered.

71.     Delta Dental and the Fund reasonably relied on the September 19, 2012 through October 22, 2013 Dental Claim Forms submitted by Defendant Rachel Wolf, Exhibits C through NN, to provide payment for dental benefits to Richard Wolf, Rachel Wolf, Abby Wolf, and Edward Wolf.

72.     As a result of the Fund's reliance on the above-described fraudulent documents, the Fund paid to its detriment $15,336.40 to Richard Wolf, spouse of Rachel Wolf.

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment against Defendant Rachel Wolf, as follows:

a.      for $15,336.40 in reimbursement for fraudulently obtained payment for dental benefits for dental services never performed on behalf of Richard Wolf, Rachel Wolf, Abby Wolf and Edward Wolf;

b.      Plaintiffs' attorneys fees and costs; and

c.      awarding Plaintiffs any further equitable relief as the Court deems appropriate.

February _, 2015                                    Laborers' Welfare Fund, et al.

                                                    By: /s/ Jerrod Olszewski

Jerrod Olszewski
Laborers' Pension and Welfare Funds

15

Office of Fund Counsel
111 W. Jackson, Suite 1415
Chicago, IL  60604
(312) 692-1540